UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYLVESTER LEWIS,

                    Plaintiff,             **MEDIATION REFERRAL ORDER**

    -against-

                                                     CV 05-5I4 (TCP)(ARL)

THE UNITED STATES OF AMERICA, et al.,

                    Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      It is HEREBY ORDERED that the above entitled case be referred to mediation pursuant to Local Rule 83.11, and it is further

      ORDERED that the parties are offered the option of (a) using a mediator from the Court's panel, (b) selecting a mediator on their own, or (c) seeking the assistance of a reputable neutral ADR organization in the selection of a mediator. Counsel shall consult with the ADR Administrator, Gerald P. Lepp, 718-613-2577, respecting their alternatives and selecting a mediator.

      The parties shall notify the undersigned within two weeks of receipt of a decision or should the mediation fail.

      The final conference scheduled for June 20, 2006 is cancelled.

Dated: Central Islip, New York           **SO ORDERED:**
       May 25, 2006

                                                        _____/s/_____
                                                        ARLENE ROSARIO LINDSAY
                                                        United States Magistrate Judge